IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ELVIS WAYNE JONES | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-183 |
| THE TEXAS U.S. DISTRICT COURTS JUDGES, *et al.*, | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND
ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Elvis Wayne Jones, an inmate confined at the Polunsky Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants The Texas U.S. District Courts Judges, the Texas Board Pardons and Paroles, and the Texas Allan b. Polunsky Monitored Facility.

The Court referred this matter to the Honorable Keith Giblin United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's civil rights action be dismissed pursuant to 28 U.S.C. § 1915(g).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. Plaintiff filed objections (docket entry nos. 6 & 8) to the Report and Recommendation of United States Magistrate Judge. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

Plaintiff's objections are, for the most part, incomprehensible. Plaintiff appears to allege a conspiracy between United States Magistrate Judge Keith Giblin and former United States Magistrate Judge Earl Hines. Although not explicitly stated, it would appear plaintiff alleges they have conspired to prevent him from proceeding *in forma pauperis*. Plaintiff also accuses various courts of "espionage." As outlined in the Report and Recommendation, however, plaintiff has incurred three strikes against him in the Eastern District of Texas, the Southern District of Texas,

and the District of Alaska. Plaintiff has failed to demonstrate he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

## ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. Plaintiff has thirty (30) days from entry below to pay the full $400.00 filing fee. Failure to comply will result in dismissal of this case pursuant to 28 U.S.C. § 1915(g).

**So Ordered and Signed**
**Jan 11, 2018**

_____
Ron Clark, United States District Judge